JOHN C. LEMON (CA BAR 175847)
Law Offices of John C. Lemon
1350 Columbia Street, Ste. 600
San Diego, CA 92101
Telephone (619) 794-0423
Facsimile (619) 652-9964
john@jcl-lawoffice.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 17CR0355-YGR |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SUBSTITUTION OF ATTORNEY, [~~PROPOSED~~] ORDER |
| KYONG JA KIM, | |
| Defendant | |

Having previously been represented by Nanci Clarence of Clarence Dyer & Cohen LLP, defendant Kyong Ja Kim, respectfully seeks leave to substitute attorney John C. Lemon of Law Offices of John C. Lemon as counsel of her record effective forthwith.

I consent to this substitution.

February 19, 2018

_____
Kyong Ja Kim

1

I consent to this substitution.

February 21, 2018

_____
Nanci Clarence
Attorney at Law

I consent to this substitution.

February 21, 2018

*John C. Lemon*
_____
John C. Lemon
Attorney at Law

IT IS SO ORDERED.

DATED: February 26, 2018

_____
Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

2